IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROY LEE WEATHERED,

    Plaintiff,

v.                                        3:10-CV-781-B-BK

DALLAS COUNTY, et al.,

    Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

With the exception of Plaintiff's claims under the Fourteenth Amendment for deprivation of medical care against the City of Dallas and Dallas County, the Defendants' motions to dismiss (Docs. 5, 11) are **GRANTED**. Plaintiff is **DIRECTED** to file an amended complaint as to the deprivation-of-medical-care claims in compliance with the Magistrate Judge's recommendation by December 31, 2010.

SO ORDERED this 23rd day of Nov., 2010.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE